# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Monroe Infrared Technology | ) | ASBCA No. 60356 |
| | ) | |
| Under Contract No. W912DW-15-P-0055 | ) | |

APPEARANCE FOR THE APPELLANT: Mr. Christopher Casey
President

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Tristan S. Brown, Esq.
Assistant District Counsel
U.S. Army Engineer District, Seattle

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60356, Appeal of Monroe Infrared Technology, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals